UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STX PAN OCEAN SINGAPORE PTE LTD.,

                Plaintiff,

    v.

FANGCHENGGANG WONDA OCEAN SHIPPING
AND TRADE LTD., and WEALTH PORT SHIPPING
LIMITED
                Defendants.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/09
```

08 Civ. 9934 (JGK)

**ORDER OF CONDITIONAL DISMISSAL**

       IT IS HEREBY ORDERED that all of the claims in the above entitled action are hereby conditionally discontinued, pursuant to the Federal Rules of Civil Procedure Rule 41(a), without prejudice as against FANGCHENGGANG WONDA OCEAN SHIPPING AND TRADE LTD., and WEALTH PORT SHIPPING LIMITED and subject to renewal as set forth below; each party to bear its own costs; and

       WHEREAS any party has the right to renew, reopen and/or restore the subject action, by letter application, before the Honorable John G. Koeltl, District Judge of the United States District Court for the Southern District of New York, and/or his successor, either: (a) within sixty (60) days of the entry of a final award of the London arbitration panel, after all appeals having been exhausted; or (b) at an earlier date if the underlying claims are resolved by agreement of the parties; and

       WHEREAS the current attachment of US $46,870.07 of Wealth Port Shipping Limited money, on or about December 4, 2008 at garnishee bank Standard Chartered Bank; US $8,000.00 of Wealth Port Shipping Limited money, on or about December 4, 2008 at garnishee bank Standard Chartered Bank; US $8,090.00 of Wealth Port Shipping Limited money, on or about December 4, 2008 at garnishee bank Standard Chartered Bank; US $60,000.00 of Wealth

Port Shipping Limited money, on or about December 4, 2008 at garnishee bank Standard Chartered Bank, pursuant to the Order and Process of Maritime Attachment, dated November 17, 2008, for the subject action, <u>shall remain attached</u> at the respective garnishee bank, until this Court issues a subsequent Order directing otherwise.

Dated: 4/30, 2009
New York, New York

SO ORDERED:

_____
Hon. John G. Koeltl, U.S.D.J.

*The Clerk is directed to close this case subject to the above conditions.*

*So ordered.*

*U.S.D.J.*

*4/30/09*

2